AO 91 (Rev. 11/11) Criminal Complaint

U.S. DISTRICT COURT – N.D. OF N.Y.

FILED

Apr 27 - 2026

John M. Domurad, Clerk

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **RYAN CATELLO,** | ) | Case No.    1:26-mj- 92 (PJE) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Between the dates of March 18, 2026, and March 27, 2026 in the county of Albany in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 2252A(a)(2)(A), (b)(1) | Receipt Of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☒     Continued on the attached sheet.

_____
*Complainant's signature*

Craig Morrison, FBI Task Force Officer
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:    April 27th, 2026

_____
*Judge's signature*

City and State:    Albany, NY

Hon. Paul J. Evaneglista, U.S. Magistrate Judge
_____
*Printed name and title*

## Affidavit in Support of a Criminal Complaint

I, **Craig Morrison**, having been first duly sworn, do hereby depose and state as follows:

1. I am a Task Force Officer (TFO) with the Federal Bureau of Investigation ("FBI") and have been since April of 2024. I am presently assigned to the Albany Field Office on a Joint Terrorism Task Force ("JTTF") squad and have experience investigating a variety of violations of federal criminal law during that time. I have been a member of the New York State Police since April of 2012 and have successfully completed the New York State Police Academy and the New York State Police Bureau of Criminal Investigation School. During my time as a State Police Investigator, I have been involved in numerous misdemeanor and felony level investigations which include offenses relating to computers and the Internet, as well as investigations involving various criminal offenses. Results of those investigations have lead to numerous misdemeanor and felony arrests over the course of my career with the New York State Police.

2. I have also consulted with other FBI agents and officers who have significant experience with child exploitation investigations including the possession, distribution, receipt, transportation, and production of child pornography as defined under Title 18 United States Code, 2252A. In this investigation specifically, I have consulted with several special agents with FBI Albany who are assigned to the violent crimes against children squad, all of whom have experience in these types of investigations and have shared information about the characteristics of individuals engaged in the exploitation of children.

3. I make this affidavit in support of a criminal complaint charging RYAN CATELLO with knowingly receiving child pornography that has been transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18 United States Code, Section 2252A(a)(2)(A).

4. The statements contained in this affidavit are based upon my investigation,

1

information provided by other law enforcement officers, and on my experience and training. As this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the requested complaint and arrest warrant.

### Applicable Statute

5.      Title 18, United States Code, Section 2252A(a)(2)(A) provides: "(a) Any person who (2) knowingly receives or distributes—(A) any child pornography using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer" shall be guilty of a crime.

### Basis for a Probable Cause Finding

6.      There is probable cause to believe that RYAN CATELLO, a suspected member of a Nihilist Violent Extremist (NVE) group "764," has sexually exploited minors by coercing them into self-producing images of child pornography and received those images between March 18, and March 27, 2026, while in Albany County, New York.

### Background on Nihilistic Violent Extremists

7.      Nihilistic Violent Extremists (NVEs) are individuals who engage in criminal conduct within the United States and abroad, in furtherance of political, social, or religious goals that derive primarily from a hatred of society at large and a desire to bring about its collapse by sowing indiscriminate chaos, destruction, and social instability. NVEs work individually or as part of a network with these goals of destroying civilized society through the corruption and exploitation of vulnerable populations, which often include minors.[1]

---

[1] NVEs adhere to an ideology herein defined as Nihilistic Violent Extremism (NVE).

8.    NVEs, both individually and as a network, systematically and methodically target vulnerable populations across the United States and the globe. NVEs frequently use social media communication platforms to connect with individuals and desensitize them to violence by, among other things, breaking down societal norms regarding engaging in violence, normalizing the possession, production, and sharing of Child Sexual Abuse Material (CSAM)[2] and gore material, and otherwise corrupting and grooming those individuals towards committing future acts of violence.

9.    Those individuals are targeted online, often through synchronized group chats. NVEs frequently conduct coordinated extortions of individuals by blackmailing them so they comply with the demands of the network. These demands vary and include, but are not limited to, self-mutilation, online and in-person sexual acts, harm to animals, sexual exploitation of siblings and others, acts of violence, threats of violence, suicide, and murder.

10.    Historically, NVEs systematically targeted vulnerable individuals by grooming, extorting, coercing, and otherwise compelling through force, or the threat of force, the victims to mutilate themselves or do violence, or threaten violence, to others and either film or photograph such activity. The members of the network have edited compilation photographs or videos of targeted individuals, shared the photographs and videos on social media platforms for several reasons, including to gain notoriety amongst members of the network, and spread fear among those targeted individuals for the purpose of accelerating the downfall of society and otherwise achieving the goals of the NVEs.

11.    NVEs networks have adopted various monikers to identify themselves. The

---

[2] The term "child pornography" is currently used in federal statutes and is defined as any visual depiction of sexually explicit conduct involving a person less than 18 years old. While this phrase still appears in federal law, "child sexual abuse material" or "CSAM" is typically used synonymously with "child pornography" and reflects the abuse that is depicted in the images and videos and the resulting trauma to the child.

3

networks have changed names over time, which has led to the creation of related networks. Although the networks change names and use a variety of different social media platforms, the core members and goals remain consistent and align with the overarching threat of NVE.

### Background on 764 and related networks

12.     "764" and related groups ("764") are NVEs who engage in criminal conduct within the United States and engage with other extremists abroad. The 764 network's accelerationist goals include social unrest and the downfall of the current world order, including the United States Government. Members of 764 work in concert with one another towards a common purpose of destroying civilized society through the corruption and exploitation of vulnerable populations, including minors.

### Complainant-1 and Victim-1

13.     On March 13, 2026, the FBI National Threat Operations Center (NTOC) Unit provided an online tip submitted by a complainant ("Complainant-1")[3] regarding CATELLO. The online tip provided by Complainant-1 stated the following:

> **Violation Questions**
> **How did the victim meet the subject (if online, what platform)?**
> Discord
> **When did the communication between the subject and the victim begin?**
> September 23, 2025 -
> **What material did the victim and subject exchange?**
> Explicit/nude photos of eachother
> **Did the subject ask for the material?**
> yes
> **Did the subject threaten the victim?**
> yes
>
> **What was the threat?**
> The threat was to dox her (leak her personal information) online, her school was mentioned the most.
> **Submitted Text:**
> Ryan William Catello, 24 years old, resident at [Redacted] Orchard Avenue, Ravena, who goes by numerous different handles and aliases on the chat app Discord and

---

[3] Complainant-1's name and identity are known to law enforcement.

4

Roblox, engaged in a sexual relationship with a 16 year old girl and solicited explicit photos from her, sent the 16 year old victim explicit photos of himself, and engaged in sexual dialogue.

14. On March 18, 2026, FBI Agents interviewed Complainant-1, who reported as follows:

a. Complainant-1 is friends with Victim-1, the ex-girlfriend of CATELLO. Victim-1 provided Complainant-1 with chat logs between Victim-1 and CATELLO.

b. CATELLO is 24 years old and was having an online relationship with Victim-1 while Victim-1 was 16 years old.

c. During this online relationship, Victim-1 and CATELLO exchanged sexually explicit images and videos to each other.

d. CATELLO had a sexually explicit video of Victim-1 and threatened to send the video to Victim-1's mother if Victim-1 did not lie about her actual age, and the fact that she is 16.

e. CATELLO used burner phones, including phone number 463-XXX-2663, to communicate with Victim-1.

15. Complainant-1 also provided additional information regarding CATELLO, including screenshots and messages between CATELLO, using Discord username "No Longer Used," and Victim-1 that include messages that indicate trading nude and explicit images and grooming behavior, including the following:

a. Complainant-1 provided screenshots that show a message from CATELLO using Discord username "No Longer Used," stating, "You like older guys? ... Im 24." One message from "No Longer Used" on October 9, 2025, states, "Dadas touching to your pics" with an attached picture of a penis.

b. On August 27, 2025, CATELLO, using alias "No Longer Used" writes, "Talk to

5

me while I fall asleep. Want something? Boop. Yes. I want to see something from you soon [rolling eyes emoji]. Touch to it while I fall asleep," and again attaches a picture of a man holding his penis.

c.  On an unknown date, :"No Longer Used" sends a picture down his pants, showing his penis.

d.  In October 2025, CATELLO using the alias "No Longer Used" wrote to Victim-1, "How's that little girl. Made it for you and me" and attached the image seen below ("Victim-1 Age Comparison Image"), which depicts a female with an overlay print of "2009," which I understand to refer to Victim-1's birth year (i.e., she was about 16 years old), and a male with overlay print "2001" to refer to his birth year (i.e., he was about 24 years old). The receiver of the message responds, "Ur 2001?" to ask if his birth year is 2001 and to inquire about his age. No Longer Used believed to be CATELLO  replies, "Yes" with a crying emoji.



Search Warrant of Catello's Person and Premises in Ravena, New York

16.     On March 26, 2026, the U.S. District Court for the Northern District of New York issued a federal search warrant authorizing the search of CATELLO and CATELLO's premises

on Orchard Avenue, in Ravena, New York ("Ravena Property"), including any electronic devices found on CATELLO or at the Ravena property.

17.    On March 27, 2026, FBI Albany executed the search warrants for the person of CATELLO and the Ravena Property. When searching the Ravena Property, law enforcement seized multiple electronic devices which included an ASUS Laptop found in CATELLO's bedroom. When searching CATELLO's person, law enforcement found and seized a Samsung Galaxy cellular telephone.

### Interview of CATELLO

18.    On March 27, 2026, CATELLO was interviewed by law enforcement and voluntarily provided the following statements:

    a.    He had an online relationship with Victim-1. Victim-1 had display name that included "lalala" when they communicated.

    b.    He received approximately 10 sexual images of Victim-1.

    c.    CATELLO acknowledged the Victim-1 Age Comparison Image below (seen below) and knew on October 2, 2025 that Victim-1 was born in 2009.



7

d. Catello claimed that he only ever had accidental contact with minors under the age of 18.

e. Catello stated that he is aware of "764" and that getting into "Com" was a mistake.

f. He acknowledged that he had previously used the aliases "Stabzone" and "Mors."

g. He apologized for being sick to anyone that he has taken advantage of.

h. He asked if he was going to be registered.

<u>Review of Catello's Phone and Laptop</u>

19.    During a forensic review of the ASUS Laptop, law enforcement discovered a sexually explicit image of child pornography and depicts a girl sitting fully unclothed with her breasts and vaginal area exposed. Her legs are spread open, and her fingers are seen penetrating and inserted inside her vaginal area. A portion of the image has been blocked out in white in the lower right corner, indicating that the image was a screenshot taken during a live stream video and the image of the other person on the video is blocked out. Based on the metadata associated with the image, the image was sent from username "lalalalalx_[redacted]," and was accessed on March 18, 2026.

20.    During a forensic review of the Samsung Galaxy telephone, law enforcement found a Snapchat chat conversation between CATELLO (with the display name/username "xxxxcre49996" and listed as the owner of the device) and another user with display name/username "unsentletter[redacted]" from between March 4, and March 27, 2026. As described in more detail below, law enforcement believes that the user with display name/username "unsentletter[redacted]" is a 16-year-old girl ("Victim-2").

a. On March 12, 2026, CATELLO and Victim-2 had the following chat conversation on Snapchat (emphasis added to certain chats not in original). In my training and

8

experience, during this chat conversation, CATELLO acknowledges that the other

user is a minor aged 16.

| Author | Message |
|---|---|
| Victim-2 | Ima go to Mexico in the morning |
| Victim-2 | So I won't be online for days |
| CATELLO | :( |
| CATELLO | Its okie I love you |
| CATELLO | I'll be here when you come back. |
| CATELLO | Idk why youre even allowing your dad to force you to go |
| Victim-2 | Because I have too BABY |
| CATELLO | Lmao you can literally refuse |
| Victim-2 | [Empty message] |
| CATELLO | No you dont |
| CATELLO | Tf |
| Victim-2 | I did tho |
| CATELLO | Just refuse |
| CATELLO | Ok tell him no |
| CATELLO | You're not going to a war torn country |
| CATELLO | [Empty message] |
| Victim-2 | I did tell him no tho |
| Victim-2 | He just said he going |
| CATELLO | I have a friend who's private military in mexico |
| Victim-2 | Ur* |
| CATELLO | Then say no youre not. |
| **CATELLO** | **You're not 12** |
| **CATELLO** | **You're ab to be 17** |

b. On March 24, 2026, CATELLO (with the display name/username "xxxxcre49996")

and the user with display name/username "unsentletter[redacted]" had the

following chat conversation on Snapchat (emphasis added to certain chats not in

original). In my training and experience, during this Snapchat conversation,

CATELLO engages in a sexually explicit chat conversation, directs the other user

to engage in sexually explicit conduct, and then receives a close-up image of her

vagina. Based on the context of the conversation, I believe that the image depicts

child pornography.

9

| *Author* | *Message* |
| --- | --- |
| CATELLO | scared? |
| Victim-2 | Yes |
| CATELLO | Shhhh do it |
| Victim-2 | But that's just |
| Victim-2 | Not sum i would |
| **CATELLO** | **I own you?** |
| **Victim-2** | **Yes** |
| **CATELLO** | **then do it** |
| **Victim-2** | **Yes sir** |
| CATELLO | good girl |
| CATELLO | waiting |
| CATELLO | you died |
| Victim-2 | . |
| CATELLO | . |
| Victim-2 | I'm trying |
| CATELLO | why |
| CATELLO | delete |
| Victim-2 | [Empty message] |
| Victim-2 | My best |
| CATELLO | Just |
| **CATELLO** | **show tits and panties in video** |
| **CATELLO** | **deal?** |
| **CATELLO** | **show daddy how much you missed him** |
| **Victim-2** | **Yes sir** |
| CATELLO | good girl |
| CATELLO | waiting princess |
| Victim-2 | Going |
| CATELLO | maybe ill let you tease yourself. |
| CATELLO | Hurry up dolly |
| CATELLO | video |
| CATELLO | good girl |
| CATELLO | show daddy you want him to touch you |
| CATELLO | baby? |
| CATELLO | good girl |
| **CATELLO** | **rub ontop of your panties for me** |
| **CATELLO** | **understand?** |
| **Victim-2** | **Not thattt** |
| **CATELLO** | **do as I say** |
| CATELLO | mwah |
| CATELLO | Right? |
| Victim-2 | Idk Abt that |
| CATELLO | hmmm |
| **CATELLO** | **fine pussy then rn** |
| **CATELLO** | **hehe** |
| **CATELLO** | **video** |

10

| Author | Message |
|---|---|
| **Victim-2** | **Why video** |
| **CATELLO** | **bc you're sexy** |
| **Victim-2** | **You know I hate vids when it comes to that** |
| **CATELLO** | **shh** |
| **CATELLO** | **but I own you** |
| CATELLO | and I love you |
| CATELLO | im ju6busy |
| CATELLO | just* |
| CATELLO | doing it? |
| CATELLO | no deleting. |
| CATELLO | you leave them huge |
| CATELLO | here * |
| Victim-2 | why |
| CATELLO | so i can touch to you |
| CATELLO | [Empty file] |
| Victim-2 | [Empty message] |
| CATELLO | [Empty message] |
| CATELLO | pussy. now |
| CATELLO | stop taking forever |
| CATELLO | hehe |
| CATELLO | good girl |
| CATELLO | its wet |
| CATELLO | want me to fuck it? |
| Victim-2 | Yes |
| CATELLO | more light.. |
| CATELLO | understand? |
| Victim-2 | [Empty message] |
| Victim-2 | Are you gonna be free on April 16 |
| Victim-2 | ?? |
| CATELLO | I might buy you robux later if you behave |
| CATELLO | I should be |
| Victim-2 | I'm banned |
| Victim-2 | For 22 hours |
| Victim-2 | Oops |
| CATELLO | then whe. |
| CATELLO | when youre unbanned |
| CATELLO | I'll buy you some |
| Victim-2 | Okay |
| **CATELLO** | **pussy video with light** |
| **CATELLO** | **show ass too** |
| **CATELLO** | **do as I say dolly.** |
| **CATELLO** | **ima make you feel good** |
| **VICTIM-2** | **Ok** |
| **CATELLO** | **Reply "." to prior message "pussy video with light"** |
| **VICTIM-2** | **[Sent image file ending 871650-3]** |

11

| Author | Message |
|--------|---------|
| VICTIM-2 | Dad is coming |
| CATELLO | mmm sexy |
| CATELLO | ass rn |

    i. Image file ending in 871650-3 depicts a close-up image of a vagina without pubic hair in poor lighting with the labia exposed. Based on the context of the communications, I believe that the image depicts Victim-2's vagina. Law enforcement has not yet interviewed or had contact with Victim-2, but has made a preliminary identification of the user and believes her to be 16-year-old girl residing in Texas.

<u>Interview of Victim-1</u>

21.    On April 13, 2026, the FBI had contact with Victim-1, who resides in Indiana. Victim-1's parents were not at home but Victim-1 agreed to speak with the FBI. During the interview, Victim-1 provided the following information:

    a. Victim-1 was doxed online and her name, address, school, and parent's information was posted online.

    b. Victim-1 communicated with a male online beginning approximately June 2025 up until approximately a few weeks to a month ago (about March 2026). The individual made or asked Victim-1 to do things she knew she should not do. Victim-1 was receiving threatening calls and texts from that individual up until a few weeks ago.

    c. Victim-1 was safe now and was not concerned with her safety, and was no longer receiving calls or messages from the individual who made her feel unsafe.

    d. Victim-1 positively identified herself in a photograph that the FBI shared with her (taken from CATELLO's device).

    e. Victim-1 stated that she was 16 in March 2026 and recently turned 17 years old.

12

## Conclusion

22.     Based upon the above information, there is probable cause to conclude that between March 12, and March 27, 2026, in Albany County, New York, in the Northern District of New York, and elsewhere, RYAN CATELLO violated Title 18, United States Code, Sections 2252A(a)(2)(A), which prohibits knowingly receiving child pornography that has been transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer.

Attested to by:

Craig Morrison
Task Force Officer
Federal Bureau of Investigation

I, the Honorable Paul J. Evangelista, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure, and was signed by me on April 27 2026.

Honorable Paul J. Evangelista
U.S. Magistrate Judge
Northern District Of New York

13