AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

| | | |
|---|---|---|
| United States of America<br>v. | ) ) ) | |
| RYAN CATELLO, | ) ) ) ) | Case No.   1:26-MJ-_92_ (PJE) |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Ryan Catello                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ☑ Complaint

❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

Receipt of child pornography, in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

Date:      04/27/2026

*Issuing officer's signature*

City and state:      Albany, NY

Hon. Paul J. Evangelista, U.S. Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)*   04/27/2026   , and the person was arrested on *(date)*   04/28/2026<br>at *(city and state)*   Ravena, New York   .<br><br>Date:   04/29/2026<br><br>*Arresting officer's signature*<br><br>Investigator Craig Morrison (TFO)<br>*Printed name and title* |